Wh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON, | 1:11-cv-01559-MJS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| THE STATE DEPARTMENT OF MENTAL HEALTH, et al., | |
| Defendants. / | |

Plaintiff Earl Simpson ("Plaintiff") is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is civilly committed to Coalinga State Hospital.  Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for an extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this Order, Plaintiff also shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

1    **Failure to comply with this Order will result in dismissal of this action.**

3  IT IS SO ORDERED.

4  Dated:   September 19, 2011        /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE